*The plaintiff is attaching this document to his complaint*

United States District Court

Eastern District of New York

26-CU-2068 (URM)(LHC)

Jerole Pierre

    Plaintiff



RECEIVED
APR 23 2026
PRO SE OFFICE

Sashanna Wynter Gardy Brazela Edward A Thompson

Patricia MC Neil Juan Vazquez and James Smith Danielle Sassoon

Jean Louis Leder Roberts and detective Travis Smikle Donnel MC Clear

And detective FPA-8444 DSNY supervisor badge number 5100 and orta

Teresa Bemard internal Revenue Service *MS ALICIA: and immigration Service USCIS*

Section 1

The plaintiff allege that on April-10-2026 the court issue an ordered saying that The 1967 freedom of information Act is related to records requests from federal Agencies let the plaintiff remind that on February -11-2024 Donnel MC Clear Knowingly and falsely made a 911 report against the plaintiff and two police officers Came from the 69th precinct and ask the plaintiff had an accident with Donnel MC Clear the plaintiff say no that was between 9.pm to 11.30pm and he Donnel MC Clear benefited financially from that report anything to do with accident has or have

REC'D IN PRO SE OFFICE
APR 23 '26 PM 1:40

1

Connection to the NHTSA National Highway traffic safety administration that is Federal agencies Donnel MC Clear action would affect the life of people Nationally When it come to insurance see *USA v Martinez No25-5048* the plaintiff *(5th Cir 2022)* Believe that the freedom of information Act should be superior to any local law and New York law foil) Article 6  84-90

2

The plaintiff allege that on 5-13-2026 a 911 report was made and two police Officers came the 69th precinct between 9.am to 3.30pm and of the NYPD officer Say that you would see what will happen to the plaintiff that you the plaintiff file Case against NYPD officers the plaintiff sister was there and she her him that NYPD Officer threaten the plaintiff so the plaintiff is asking for that report under the 1967 Freedom of information Act and New York law foil) Article 6  84-90  see page 3 of the Complain t

3

The plaintiff allege that on 3-7-2024 the plaintiff was at 114-39 sutphin Blvd Joseph P Addabbo Family Health center when the NYPD detective follow the plaintiff To the dental room and stand about 5f away from the plaintiff that was about 3.19pm the detective cause emotional financial distress and damage to reputation The same for 5100  the plaintiff explained that in the plaintiff complaint that was Submitted to the court on 4-7-2026 on page 2 and page 3 and the plaintiff Explained standard and conduct of federal agents on page 3 and 4 The plaintiff allege that the court want to arguing that a person has to make false Allegation to federal agencies so let the plaintiff remind the court that Leder Roberts that live at 1342 E 103st and Teresa Bernard that live at 1350 E 103st they



Made knowingly and falsely made report to the FBI and other and to local precinct

That is what led to a false investigation *See Tony Viola case- wrong House Raid case 2017-2025*

The plaintiff also allege that by Denielle Sassoon and NYPD detective and James

Smith that say to individuals to allow law enforcement to do their job on the radio

Between 4.30pm to 7.pm the plaintiff will provide to the court the date of James

Smith statement they knowingly and falsely commence an investigation against the

Plaintiff to associate the plaintiff name with criminality that is a miss use of federal

Funds see united states v Flynn DOJ settle a law suit with Flynn March 2026

*(18 USC 3729     false claim Act)*

False claim Act and New York ~~Penal law 210.45~~ federal funds are primarily

Distributed to states, local government under Article I section 8, clause

Federal courts gain jurisdiction primarily through 28 u.s.c 1331 ( federal question )

And 1332 ( diversity of citizenship ) for subject matter jurisdiction, While Rule 4 of

The federal Rules of civil: Procedure governs personal jurisdiction, these rules allow

Federal courts to hear cases involving the u.s constitution, federal laws, or disputes

Between parties from different states

The plaintiff was very clear about the IRS and USCIS injunction all the plaintiff

Is asking the court for an injunction so that the plaintiff can get information from

The IRS and USCIS it all stated when Wynter MC Neill and their detective and

Smith and his agents listen to the plaintiff conversation while the plaintiff was on

Hie cell phone what up call using section 702 of the foreign intelligence Act they

Call the IRS and the plaintiff been threaten by USCIS agents so the plaintiff is also

Using freedom of information Act the plaintiff will provide to the court a copy of my

3

Phone record  see the plaintiff complaint

*in* Conclusion

The plaintiff allege that should order these agencise to gave a copy of the police reports and the name of the detective because it is very important to the plaintiff see freedom of imformation Act and new york Law (foiL) Article 6 84-90

The plaintiff allege that NYPD detectives and James smith agents and NYPD officers knowingly and falsely conduct an investigation against the plaintiff see Ruby Ridge 1992 false claim Act (31 US.C 3729-3753 and new york false claim Act

4

The plaintiff allege that on 4-7-2026 the plaintiff submit a complaint to the court in the box about 3:45pm and the plaintiff see that the clerk's office put my complaint in the system the same time the plaintiff done it they are ~~targeting~~ any complaint for a reason if not let the clerk's office show one time before 4-7-2026 at about 3:45pm when that happen. The plaintiff is saying that the supreme court ruled

5

Victim like the Martins can sue the federal government for wrong house raids nationwide reviving their lawsuit. The plaintiff is also asking for monetary damages in the sum of $100,000,000 million

King Regard
Jerole Pierre
4-23-2026

6