UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEROLE PIERRE,

                Plaintiff,

  -against-

SASHANNA WYNTER; GARDY BRAZELA,
EDWARD A. THOMPSON; PATRICIA
McNEILL; JUAN VAZQUEZ; JAMES
SMITH; DANIELLE SASSOON; JEAN
LOUIS; LEDER ROBERTS; DETECTIVE
TRAVIS SMIKLE; DONNEL McCLEAR;
JOHN DOE DETECTIVE, FPA-8444; JOHN
DOE DSNY SUPERVISOR, *Badge No. 5100*;
TERESA BERNARD ORTA, *Internal
Revenue Service*; MS. ALICIA; *and*
IMMIGRATION SERVICE USCIS,

                Defendants.
------------------------------------------------------------------X

**ORDER**

26-CV-2068 (NRM) (LKE)

**NINA R. MORRISON**, United States District Judge:

On April 7, 2026, *pro se* litigant Jerole Pierre filed a complaint captioned "qui tam suit under seal/TRO complaint."  Compl., ECF No. 1 at 1.[1]  By Order dated April 10, 2026, the Court denied Plaintiff's request to proceed *in forma pauperis* ("IFP") and directed him to pay the filing fees or file a Long Form IFP application. Order, ECF No. 5.  Plaintiff submitted a Long Form IFP application and an Amended Complaint on April 23, 2026.  ECF No. 6; ECF No. 7.  The IFP application again fails to establish that Plaintiff is unable to pay the filing fees, because it asserts that he has an average monthly income of $16,800, a home valued at $1,000,000, and

---

[1] References to page numbers use ECF pagination unless otherwise noted.

$1500 in a checking account.    ECF No. 6.    Accordingly, his application to proceed IFP is again denied.

Should he wish to proceed with this action, Plaintiff is directed to submit the filing fees of $405 within 14 days of the date of this Order.    Should Plaintiff fail to submit the fees within 14 days, the action will be dismissed without prejudice.    *See, e.g., Bey v. Queens Cty., Sup. Cts.,* No. 19-CV-2038 (WFK) (PK), 2019 WL 11690197, at *2 (E.D.N.Y. May 1, 2019) (dismissing the action without prejudice where plaintiffs failed to pay the filing fee or submit an adequate IFP application); *Pinede v. N.Y.C. Dep't of Env't Prot.*, No. 12-CV-6344 (CBA), 2013 WL 1410380, at *2 (E.D.N.Y. Apr. 8, 2013) (denying plaintiff's request to proceed IFP and directing payment of the filing fee in order to proceed).

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff and to note the mailing on the docket.

**SO ORDERED.**

*/s/ Nina R. Morrison*
NINA R. MORRISON
United States District Judge

Dated: Brooklyn, New York
      April 28, 2026

2