8/3/26

NOTICE OF APPEARANCE & ANSWER TO CIVIL ACTION

NO: 1:26-CV-02068-NRM-LKE

I ARNIM APPLEWHITE DENY ALL ALLIGATION IN EACH AND EVERY PARAGRAPH. I RESIDE AT THE SAME ADDRESS 1342 EAST 103RD STREET, BROOKLYN, N.Y. 11236. THERE'S NO ONE NAMED LEDOR ROBERTS LIVING AT 1302 EAST 103RD STREET, BROOKLYN, N.Y. 11236

ARNIM APPLEWHITE



CASE # 1:26-CV-02068-NRM-LKE

ORI

ORIGINAL

RECEIVED
AUG 03 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
AUG 3 '26 AM 10:37